JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| N.G., <br><br>        Plaintiff, <br><br>    v. <br><br>ABC UNIFIED SCHOOL DISTRICT, <br><br>        Defendant. | Case No. CV 13-06929-DMG (RZx) <br><br> **JUDGMENT** |

   This matter having come before the Court for a bench trial on June 17, 2014, and this Court having filed its Findings of Fact and Conclusions of Law by Order Dated September 19, 2014,

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant ABC Unified School District and against Plaintiff N.G.

DATED: September 19, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE